IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| STEVEN MICHAEL CAPSHAW, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO. 1:12-cv-00541-MEF |
| | ) |
| UNITED STATES OF AMERICA, | )   (WO -- Do Not Publish) |
| | ) |
| Defendant. | ) |

## **O R D E R**

Upon consideration of the Motion to Move From Magistrate Judge to District Judge (Doc. #16) filed by Plaintiff Steven Michael Capshaw on November 1, 2012, it is hereby

ORDERED that the motion is DENIED.

DONE this the 5th day of November, 2012.

/s/ Mark E. Fuller
UNITED STATES DISTRICT JUDGE