IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| STEVEN MICHAEL CAPSHAW, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO. 1:12-cv-00541-MEF |
| ) | |
| UNITED STATES OF AMERICA, ) | (WO -- Do Not Publish) |
| ) | |
| Defendant. ) | |

## **O R D E R**

Upon consideration of the Motion to Move From Magistrate Judge to District Judge (Doc. #16) filed by Plaintiff Steven Michael Capshaw on November 1, 2012, it is hereby

ORDERED that the motion is DENIED.

DONE this the 5th day of November, 2012.

/s/ Mark E. Fuller
UNITED STATES DISTRICT JUDGE