IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| STEVEN MICHAEL CAPSHAW, ) | |
| ) | |
| Petitioner, ) | |
| v. ) | CASE NO. 1:12-cv-541-MEF |
| ) | |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Respondent. ) | |

# **O R D E R**

After an independent review of the file, it is the ORDER, JUDGMENT and DECREE of the court that:

1. The petitioner's Objection to the Magistrate Judge Recommendation (Doc. #37) filed on May 30, 2014 and an addendum (Doc. #38) filed on June 2, 2014 are overruled;

2. The Recommendation of the United States Magistrate Judge (Doc. #36) entered on May 12, 2014 is adopted;

(3) The 28 U.S.C. § 2255 motion filed by Capshaw is DENIED.

DONE this the 19th day of June, 2014.

                                                /s/ Mark E. Fuller
                                         UNITED STATES DISTRICT JUDGE